**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00410-CV**

_____

**ASHLEY NICOLE STRITTMATTER, Appellant**

**V.**

**MARIA DE LA CRUZ, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 16-29649**

**MEMORANDUM OPINION**

On December 14, 2016, the Clerk of the Court sent a notice requiring the appellant's response and warning that the appeal would be dismissed without further notice on any date after December 29, 2016. No response has been filed. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c).

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on January 18, 2017
Opinion Delivered January 19, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.